# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1524
_____

GARY ELLISON ADLER,

    Appellant,

v.

JOSEPH POLETTO,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

September 2, 2021


PER CURIAM.

    AFFIRMED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for Appellant.

Theresa Carli Pontieri of Carli Law, PLLC, Jacksonville, for Appellee.